4307. Roper *v.* City of Atlanta.

Pottle, J. While the evidence was circumstantial, and not altogether satisfactory, there was some evidence to authorize the judgment of conviction, entered by the recorder; and, the judge of the superior court on certiorari having refused to set aside the conviction, this court will not interfere. *Judgment affirmed.*

Decided December 10, 1912. Rehearing denied December 21, 1912.

Certiorari; from Fulton superior court—Judge Pendleton. May 21, 1912.

*John S. McClelland,* for plaintiff in error.

*J. L. Mayson, W. D. Ellis Jr.,* contra.